UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI,

                              Plaintiff,          Docket No. _____

          - against -                             JURY TRIAL DEMANDED

ENTRAVISION COMMUNICATIONS
CORPORATION

                              Defendant.

## COMPLAINT

Plaintiff Christopher Sadowski ("Sadowski" or "Plaintiff") by and through his

undersigned counsel, as and for his Complaint against Defendant Entravision Communications

Corporation, ("Entravision" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright

Act. This action arises out of Defendant's unauthorized reproduction and public display of a

copyrighted photograph of a phone with the Pokemon Go Homepage owned and registered by

Sadowski, a New York City based photojournalist. Accordingly, Sadowski seeks monetary relief

under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court

has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in

and/or are doing business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Sadowski is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 96 9th Avenue, Hawthorne, New Jersey, 07506.  Sadowski' photographs have appeared in many publications around the United States.

6.      Upon information and belief, Entravision is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 420 Lexington Avenue, New York, New York 10170. Upon information and belief, Entravision is registered with the New York Department of State, Division of Corporations to do business in the State of New York.  At all times material hereto, Entravision has owned and operated a website at the URL: www.Mix1079.net (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Sadowski photographed a phone with the Pokemon Go homepage (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Sadowski is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph is registered with the United States Copyright Office and was given registration number VA 2-020-908.

**B.      Defendant's Infringing Activities**

10.      Upon information and belief, on or about July 13, 2016, Entravision ran an article on the Website entitled *A Guy Caught Cheating Because of "Pokemon Go"*. See

http://mix1079.net/a-guy-got-caught-cheating-because-of-pokemon-go/. The article prominently

featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11.     Entravision did not license the Photograph from Plaintiff for its article, nor did

Entravision have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST ENTRAVISION)
### (17 U.S.C. §§ 106, 501)

12.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-11 above.

13.     Entravision infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. Entravision is not, and has never been,

licensed or otherwise authorized to reproduce, publically display, distribute and/or use the

Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Entravision

have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's

rights.

16.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.      That Defendant Entravision be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.      Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.      That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.      That Plaintiff be awarded pre-judgment interest; and

6.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       March 2, 2017

                                        LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
　　　Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Christopher Sadowski*